**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:20-CR-00298 |
| | : | |
| | : | (Judge Wilson) |
| | : | |
| v. | : | |
| | : | |
| DANIEL GUTMAN, | : | |
| BENJAMIN GUTMAN, | : | |
| | : | |
| Defendants | : | |

## ORDER

The defendant having appeared in open court with counsel on **November 30, 2020,** and having tendered a plea of not guilty, **IT IS ORDERED** that the jury selection and trial date for the defendant is scheduled for **9:30 a.m. on February 1, 2021**, in Courtroom Number 4, 8th Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.  Trial will commence following jury selection or following previously scheduled criminal trials.  An additional scheduling order will be entered by the District Court.

11-30-2020

Date: _____

*s/ Martin C. Carlson*
_____
Martin C. Carlson
United States Magistrate Judge