# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERCA, | : | Criminal No. 1:20-CR-00298-1 |
| | : | |
| v. | : | |
| | : | |
| DANIEL GUTMAN, | : | |
| | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 5th day of May, 2022, following a telephonic presentence conference with counsel, **IT IS ORDERED THAT:**

1. A joint evidentiary hearing to determine the loss amount in this case is scheduled for **July 18, 2022 at 9:30 a.m.**, in Courtroom 1 on the Ninth Floor of the Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. Such hearing shall be conducted for docket numbers 1:20-cr-00298-1 and 1:20-cr-00298-2.

2. In preparation for the evidentiary hearing, defense counsel may submit a brief regarding the objections to the presentence report and the loss amount in this case on or before **June 20, 2022**. The government may file a responsive brief on or before **July 5, 2022**.

3. The sentencing hearing in this case is scheduled for **August 23, 2022 at 9:00 a.m.**, in Courtroom 1 on the Ninth Floor of the Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

a. **Sentencing Briefs, Sentencing Memoranda, and Motion for Departure or Variance from the Sentencing Guidelines.** To the extent that defense counsel is planning to file a sentencing brief, sentencing memorandum, or motion for departure or variance, the submission deadline is **July 26, 2022**. The government may file a responsive memorandum or any other submission on or before **August 9, 2022**.

b. **Recommendatory Letters.** All letters of recommendation on behalf of the defendant shall be sent to the probation officer for submission to the court by no later than **August 2, 2022**. Letters are not to be sent directly to the court.

4. **Modification of Schedule.** The schedule set forth in this order may be modified by the court sua sponte or for good cause shown.

> s/Jennifer P. Wilson
> JENNIFER P. WILSON
> United States District Court Judge
> Middle District of Pennsylvania